# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SEKERKE, | 1:11-cv-01310-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR IMMEDIATE SERVICE |
| v. | (Doc. 7.) |
| S. SEISHA, et al., | |
| Defendants. | |

Keith Sekerke ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 8, 2011. (Doc. 1.) On September 30, 2011, Plaintiff filed a motion for the court to direct the United States Marshal to serve the Complaint on the defendants in this action. (Doc. 7.)

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). With

1

respect to service, the court will, *sua sponte*, direct the United States Marshal to serve the complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.[1]

On April 10, 2012, the Court granted Plaintiff thirty days in which to amend the Complaint, if he so wishes. (Doc. 12.) As a result, it is not known at this juncture whether Plaintiff intends to proceed on the original Complaint or file an amended complaint. Therefore, it is premature for service to go forward, and Plaintiff's request shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for immediate service, filed on September 30, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   **April 11, 2012**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not required to file a motion for service. The Court will issue an order directing service when service is appropriate.

2