IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SEKERKE,<br><br>    Plaintiff,<br><br>    vs.<br><br>S. SEISHA, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-01310-GSA (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br>(Motion #14)<br><br>ORDER FOR CLERK TO SEND COMPLAINT FORM TO PLAINTIFF<br><br>30-DAY DEADLINE TO FILE AMENDED COMPLAINT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2012, plaintiff filed a motion to extend time to file an amended complaint. Plaintiff claims that he did not receive the civil rights complaint form that was mailed to him pursuant to the Court's order of April 10, 2012. The Court finds good cause to grant plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Good cause appearing, Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the Court's order of April 10, 2012; and

2. The Clerk is directed to send to Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated:   April 26, 2012          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE